UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**
Denise Carlon, Esq.
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
dcarlon@kmllawgroup.com
JP Morgan Chase Bank, N.A.

In Re:
    Gonzalez, Elena M Gonzalez, Jose W

Order Filed on August 23, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:    15-27562-KCF

Chapter: 13

Hearing Date:
Judge:  Kathryn C. Ferguson

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: August 23, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of <u>JP Morgan Chase Bank, N.A.</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, its successors or assignees, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐    Real Property More Fully Described as:

■    Personal Property More Fully Describes as:
     **2002 Mercedes-b M Class,  VIN 4JGAB54E42A331979;**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.