| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>dcarlon@kmllawgroup.com<br>JP Morgan Chase Bank, N.A. | Order Filed on August 23, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| | Case No:   15-27562-KCF |
| In Re:<br>    Gonzalez, Elena M Gonzalez, Jose W | Chapter: 13<br><br>Hearing Date:<br>Judge:  Kathryn C. Ferguson |

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: August 23, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of JP Morgan Chase Bank, N.A., under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, its successors or assignees, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐    Real Property More Fully Described as:


■    Personal Property More Fully Describes as:
**2002 Mercedes-b M Class, VIN 4JGAB54E42A331979;**


It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-27562-KCF
Jose W Gonzalez                                                     Chapter 13
Elena M Gonzalez
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 1            Date Rcvd: Aug 23, 2016
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2016.
db/jdb         +Jose W Gonzalez,    Elena M Gonzalez,    378 Pittstown Road,    Pittstown, NJ 08867-4110

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2016                                     Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2016 at the address(es) listed below:
              Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC, as authorized servicer for
               Fannie Mae as owner and holder of account/contract originated by BANK OF AMERICA, N.A.
               NJECFMAIL@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    JP Morgan Chase Bank, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    JPMorgan Chase Bank, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joan Sirkis Warren    on behalf of Debtor Jose W Gonzalez joan@joanlaverylaw.com
              Joan Sirkis Warren    on behalf of Joint Debtor Elena M Gonzalez joan@joanlaverylaw.com
              John R. Morton, Jr.    on behalf of Creditor    JPMorgan Chase Bank, N.A.
               mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Patrick O. Lacsina    on behalf of Creditor    Ocwen Loan Servicing LLC placsina@caplaw.net,
               gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com
                                                                                              TOTAL: 9