UNITED STATES BANKRUPTCY COURT
District of New Jersey

Caption in Compliance with D.N.J. LBR 9004-1(b)

Albert Russo
Cn 4853
Trenton, NJ  08650
(609) 587-6888

**Order Filed on August 25, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Jose W Gonzalez
Elena M Gonzalez

Debtor(s)

Case No.: 15-27562 / KCF

Hearing Date: 08/24/2016

Judge: Kathryn C. Ferguson

Chapter: 13

## ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

**DATED: August 25, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The modified plan of the debtor having been proposed to creditors, and a hearing having been held on the confirmation of such modified plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

**ORDERED** that the modified plan of the above named debtor, dated 07/12/2016, or the last amended plan of the debtor be and it is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor.

**ORDERED** that the plan of the debtor is confirmed to pay the Standing Trustee for a period of 60 months.

**ORDERED** that the debtor shall pay the Standing Trustee, Albert Russo, based upon the following schedule, which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586:

$2,900.00 PAID TO DATE

$1,034.00 for 49 months beginning 09/01/2016

**ORDERED** that the case is confirmed to pay 100% dividend to general unsecured creditors.

**ORDERED**  that the Standing Trustee shall be authorized to submit, ex-parte, an Amended Confirming Order, if required, subsequent to the passage of the claims bar date(s) provided under Fed. R. Bank. P. 3002.

**ORDERED** that the debtor's attorney be and hereby is allowed a fee pursuant to the filed 2016(b) Statement.  Any unpaid balance of the allowed fee shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee.

**ORDERED** that if the debtor should fail to make plan payments or fail to comply with other plan provisions for a period of more than 30 days, the Standing Trustee may file, with the Court and serve upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed.  The debtor shall have fourteen (14) days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

**ORDERED** that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any lien discharged.

**ORDERED** that the Standing Trustee is <u>not authorized</u> to pay post-petition claims filed pursuant to 11 U.S.C. § 1305(a).

**ORDERED** that the debtor(s) must obtain a loan modification by October 20, 2016.

- Creditor Ocwen, PACER claim #(no claim filed to date), will be paid outside of the Chapter 13 Plan.  The Creditor must file an Amended Proof of Claim showing a zero balance due through the Plan, or withdraw the original Proof of Claim.

**ORDERED** as follows:

JPMorgan Chase Bank, Court Claim #13-1, received stay relief on August 23, 2016 on a 2002 Mercedes Benz and June 10, 2016 on a 2005 Land Rover; no arrears are to be paid through the chapter 13 Plan for either vehicle; creditor will be paid outside of the Chapter 13 Plan for both vehicles.

United States Bankruptcy Court
District of New Jersey

In re:  
Jose W Gonzalez  
Elena M Gonzalez  
    Debtors

Case No. 15-27562-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 26, 2016  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2016.  
db/jdb       +Jose W Gonzalez,   Elena M Gonzalez,   378 Pittstown Road,   Pittstown, NJ 08867-4110

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2016                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2016 at the address(es) listed below:

      Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com  
      Albert  Russo   docs@russotrustee.com  
      Alexandra T. Garcia   on behalf of Creditor   Ditech Financial LLC, as authorized servicer for Fannie Mae as owner and holder of account/contract originated by BANK OF AMERICA, N.A. NJECFMAIL@mwc-law.com  
      Denise E. Carlon   on behalf of Creditor   JP Morgan Chase Bank, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Denise E. Carlon   on behalf of Creditor   JPMorgan Chase Bank, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Joan Sirkis Warren   on behalf of Debtor Jose W Gonzalez joan@joanlaverylaw.com  
      Joan Sirkis Warren   on behalf of Joint Debtor Elena M Gonzalez joan@joanlaverylaw.com  
      John R. Morton, Jr.   on behalf of Creditor   JPMorgan Chase Bank, N.A. mortonlaw.bcraig@verizon.net,  donnal@mortoncraig.com;mhazlett@mortoncraig.com  
      Patrick O. Lacsina   on behalf of Creditor   Ocwen Loan Servicing LLC placsina@caplaw.net, gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com

                                                                                        TOTAL: 9