| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2016 to 01/10/2017
### Chapter 13 Case No. 15-27562 / KCF

Jose W Gonzalez  
Elena M Gonzalez  
378 Pittstown Road  
Pittstown  NJ    08867

Petition Filed Date: 09/18/2015  
341 Hearing Date: 10/22/2015  
Confirmation Date: 01/13/2016

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2016 | $100.00 | 26707540 | 02/03/2016 | $500.00 | 27520350 | 04/04/2016 | $500.00 | 29002680 |
| 05/25/2016 | $500.00 | 30365210 | 06/07/2016 | $500.00 | 30732420 | 07/25/2016 | $500.00 | 31852990 |
| 10/03/2016 | $1,034.00 | 33643180 | 10/03/2016 | ($1,034.00) | 33643180 | 10/03/2016 | $1,034.00 | 33643180 |
| 11/02/2016 | $1,034.00 | 34447950 | 01/03/2017 | $1,034.00 | 35962280 | | | |

**Total Receipts for the Period:  $5,702.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $6,002.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jose W Gonzalez | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JOAN S. WARREN, ESQ.<br>»» ATTY DISCLOSURE | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | Admin Recovery, LLC<br>»» WESTERN SKY | Unsecured Creditors | $7,574.31 | $0.00 | $7,574.31 |
| 2 | MERRICK BANK | Unsecured Creditors | $817.56 | $0.00 | $817.56 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2013-2014 TAX PERIODS | Priority Crediors | $6,838.44 | $0.00 | $6,838.44 |
| 4 | CAVALRY SPV I, LLC<br>»» TJX | Unsecured Creditors | $1,235.48 | $0.00 | $1,235.48 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $863.07 | $0.00 | $863.07 |
| 6 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,195.81 | $0.00 | $2,195.81 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $931.16 | $0.00 | $931.16 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $959.01 | $0.00 | $959.01 |
| 9 | CAPITAL ONE, NA<br>»» KOHL'S | Unsecured Creditors | $830.95 | $0.00 | $830.95 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» GAP | Unsecured Creditors | $411.00 | $0.00 | $411.00 |
| 11 | TD BANK USA NA | Unsecured Creditors | $2,692.60 | $0.00 | $2,692.60 |
| 12 | DITECH FINANCIAL LLC.<br>»» NP/600 S MAIN ST/1ST MTG | Mortgage Arrears | $5,632.05 | $32.11 | $5,599.94 |
| 13 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $1,317.00 | $0.00 | $1,317.00 |
| 14 | JPMorgan Chase Bank, NA<br>»» 2002 MERCEDES BENZ/SV 8/23/16 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 15 | ECAST SETTLEMENT CORP<br>»» CITIBANK | Unsecured Creditors | $1,425.50 | $0.00 | $1,425.50 |
| 16 | MIDLAND CREDIT  AS AGENT FOR<br>»» CREDIT ONE | Unsecured Creditors | $695.86 | $0.00 | $695.86 |

| | | | | | |
|---|---|---|---|---|---|
| 17 | MIDLAND CREDIT AS AGENT FOR<br>»» SYNCHRONY | Unsecured Creditors | $562.86 | $0.00 | $562.86 |
| 18 | MIDLAND CREDIT AS AGENT FOR<br>»» SYNCHRONY | Unsecured Creditors | $2,756.24 | $0.00 | $2,756.24 |
| 19 | MIDLAND CREDIT AS AGENT FOR<br>»» CITIBANK | Unsecured Creditors | $1,919.76 | $0.00 | $1,919.76 |
| 20 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» PREMIER BANKCARD | Unsecured Creditors | $1,004.70 | $0.00 | $1,004.70 |
| 21 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» PREMIER BANKCARD | Unsecured Creditors | $729.90 | $0.00 | $729.90 |
| 22 | SYSTEMS & SERVICES TECH INC | Unsecured Creditors | $2,143.54 | $0.00 | $2,143.54 |
| 23 | Greenwich Twp Tax collector<br>»» REAL ESTATE TAX | Priority Crediors | $2,095.00 | $0.00 | $2,095.00 |
| 24 | Ocwen<br>»» P/378 PITTSTOWN RD/1ST MTG | Mortgage Arrears | $222.35 | $0.00 | $222.35 |
| 25 | DEPARTMENT STORES NATIONAL BANK | Unsecured Creditors | $470.01 | $0.00 | $470.01 |
| 26 | JPMorgan Chase Bank, NA<br>»» 2005 LAND ROVER/SV 6/10/16 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/10/2017:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,002.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $2,032.11 | Current Monthly Payment: | $1,034.00 |
| Paid to Trustee: | $349.82 | Arrearages: | $2,068.00 |
| Funds on Hand: | $3,620.07 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.