| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2017 to 02/17/2018
**Chapter 13 Case No. 15-27562 / KCF**

Jose W Gonzalez  
Elena M Gonzalez  
378 Pittstown Road  
Pittstown  NJ  08867

Petition Filed Date: 09/18/2015  
341 Hearing Date: 10/22/2015  
Confirmation Date: 01/13/2016

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2017 | $1,034.00 | 35962280 | 02/01/2017 | $1,034.00 | 36787420 | 03/01/2017 | $1,034.00 | 37577630 |
| 04/03/2017 | $1,034.00 | 38458470 | 05/01/2017 | $1,034.00 | 39225440 | 06/01/2017 | $1,034.00 | 40090230 |
| 07/03/2017 | $1,034.00 | 40928400 | 08/01/2017 | $1,034.00 | 41714460 | 09/01/2017 | $1,034.00 | 42505030 |
| 10/03/2017 | $1,034.00 | 43272230 | 11/01/2017 | $1,034.00 | 44084600 | 12/04/2017 | $1,034.00 | 44844540 |
| 01/03/2018 | $1,034.00 | 45583840 | 02/01/2018 | $1,034.00 | 46376510 | | | |

**Total Receipts for the Period: $14,476.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $19,444.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Jose W Gonzalez | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JOAN S. WARREN, ESQ.<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | Admin Recovery, LLC<br>»»  WESTERN SKY | Unsecured Creditors | $7,574.31 | $0.00 | $7,574.31 |
| 2 | MERRICK BANK | Unsecured Creditors | $817.56 | $0.00 | $817.56 |
| 3 | INTERNAL REVENUE SERVICE<br>»»  2013-2014 TAX PERIODS | Priority Crediors | $6,838.44 | $6,656.82 | $181.62 |
| 4 | CAVALRY SPV I, LLC<br>»» TJX | Unsecured Creditors | $1,235.48 | $0.00 | $1,235.48 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $863.07 | $0.00 | $863.07 |
| 6 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,195.81 | $0.00 | $2,195.81 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $931.16 | $0.00 | $931.16 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $959.01 | $0.00 | $959.01 |
| 9 | CAPITAL ONE, NA<br>»»  KOHL'S | Unsecured Creditors | $830.95 | $0.00 | $830.95 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  GAP | Unsecured Creditors | $411.00 | $0.00 | $411.00 |
| 11 | TD BANK USA NA | Unsecured Creditors | $2,692.60 | $0.00 | $2,692.60 |
| 12 | DITECH FINANCIAL LLC.<br>»»  NP/600 S MAIN ST/1ST MTG | Mortgage Arrears | $5,632.05 | $5,632.05 | $0.00 |
| 13 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $1,317.00 | $0.00 | $1,317.00 |
| 14 | JPMorgan Chase Bank, NA<br>»»  2002 MERCEDES BENZ/SV 8/23/16 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 15 | ECAST SETTLEMENT CORP<br>»»  CITIBANK | Unsecured Creditors | $1,425.50 | $0.00 | $1,425.50 |

| | | | | | |
|---|---|---|---|---|---|
| 16 | MIDLAND CREDIT AS AGENT FOR<br>»» CREDIT ONE | Unsecured Creditors | $695.86 | $0.00 | $695.86 |
| 17 | MIDLAND CREDIT AS AGENT FOR<br>»» SYNCHRONY | Unsecured Creditors | $562.86 | $0.00 | $562.86 |
| 18 | MIDLAND CREDIT AS AGENT FOR<br>»» SYNCHRONY | Unsecured Creditors | $2,756.24 | $0.00 | $2,756.24 |
| 19 | MIDLAND CREDIT AS AGENT FOR<br>»» CITIBANK | Unsecured Creditors | $1,919.76 | $0.00 | $1,919.76 |
| 20 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» PREMIER BANKCARD | Unsecured Creditors | $1,004.70 | $0.00 | $1,004.70 |
| 21 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» PREMIER BANKCARD | Unsecured Creditors | $729.90 | $0.00 | $729.90 |
| 22 | SYSTEMS & SERVICES TECH INC | Unsecured Creditors | $2,143.54 | $0.00 | $2,143.54 |
| 23 | Greenwich Twp Tax collector<br>»» REAL ESTATE TAX | Priority Crediors | $2,095.00 | $2,039.36 | $55.64 |
| 24 | Ocwen<br>»» P/378 PITTSTOWN RD/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 25 | DEPARTMENT STORES NATIONAL BANK | Unsecured Creditors | $470.01 | $0.00 | $470.01 |
| 26 | JPMorgan Chase Bank, NA<br>»» 2005 LAND ROVER/SV 6/10/16 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/17/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,444.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $16,328.23 | Current Monthly Payment: | $1,034.00 |
| Paid to Trustee: | $1,182.19 | Arrearages: | $2,068.00 |
| Funds on Hand: | $1,933.58 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at www.ndc.org.**