Form oresadoc – oresadocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−27562−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jose W Gonzalez | Elena M Gonzalez |
| 378 Pittstown Road | 378 Pittstown Road |
| Pittstown, NJ 08867 | Pittstown, NJ 08867 |

Social Security No.:
   xxx−xx−8140                                xxx−xx−2200

Employer's Tax I.D. No.:

## ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, G OR H
## OR LIST OF CREDITORS

The Court having noted that the debtor filed an Amendment to Schedule E/F on August 6, 2018 or to the List of Creditors on n/a , and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(ies) being deleted, added or modified and to the trustee in the case, if any, not later than 7 days after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 7 days after the date of this Order, the following:

1. A copy of the applicable Notice of Chapter 13 Bankruptcy Case, and

2. In a Chapter 11 case:

   a) a copy of the last modified plan and disclosure statement, if any, and

   b) a copy of any order approving the adequacy of the disclosure statement and/or the scheduling of the plan for confirmation.

3. In a Chapter 12 or Chapter 13 case:

   a) a copy of the Notice of Hearing on Confirmation of Plan, if any, and

   b) a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 7 days after the date of this Order, the debtor(s) must file the Local Form, Certification of Service, certifying compliance with the above requirements.

It is further ORDERED that the added creditors or parties have

1. until the original deadline, if any, fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or sixty 60 days from the date of this Order, whichever is later;

2. until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement, or sixty 60 days from the date of this Order, whichever is later;

    3.    until the original deadline fixed by the Court to object to exemptions, or thirty 30 days from the date of this Order, whichever is later.

Dated: August 8, 2018
JAN: gan

                                                Kathryn C. Ferguson
                                              United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:
Jose W Gonzalez
Elena M Gonzalez
        Debtors

Case No. 15-27562-KCF
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Aug 08, 2018
                          Form ID: oresadoc     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2018.
db/jdb        +Jose W Gonzalez,    Elena M Gonzalez,    378 Pittstown Road,    Pittstown, NJ 08867-4110

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 08 2018 23:34:12      United States Trustee,      Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,    Newark, NJ 07102-5235
                                                                                                                       TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2018 at the address(es) listed below:
             Albert   Russo     docs@russotrustee.com
             Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
             Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC, as authorized servicer for Fannie Mae as owner and holder of account/contract originated by BANK OF AMERICA, N.A. NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
             Denise E. Carlon    on behalf of Creditor    JP Morgan Chase Bank, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
             Denise E. Carlon    on behalf of Creditor    JPMorgan Chase Bank, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
             Joan Sirkis Warren    on behalf of Debtor Jose W Gonzalez joan@joanlaverylaw.com
             Joan Sirkis Warren    on behalf of Joint Debtor Elena M Gonzalez joan@joanlaverylaw.com
             John R. Morton, Jr.    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
             Miriam   Rosenblatt    on behalf of Creditor    Ocwen Loan Servicing LLC bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
             Patrick O. Lacsina    on behalf of Creditor    Ocwen Loan Servicing LLC , PATRICK.LACSINA@GMAIL.COM
                                                                                                                       TOTAL: 10