Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 15−27562−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jose W Gonzalez | Elena M Gonzalez |
| 378 Pittstown Road | 378 Pittstown Road |
| Pittstown, NJ 08867 | Pittstown, NJ 08867 |

Social Security No.:
   xxx−xx−8140                                        xxx−xx−2200

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 25, 2016.

On 3/20/2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:                 May 8, 2019
Time:               10:00 AM
Location:       Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: March 21, 2019
JAN: gan

                                                                                                              Jeanne Naughton
                                                                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                       Case No. 15-27562-KCF
Jose W Gonzalez                                                              Chapter 13
Elena M Gonzalez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3           Date Rcvd: Mar 21, 2019
                              Form ID: 185             Total Noticed: 75

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2019.
```
db/jdb         +Jose W Gonzalez,    Elena M Gonzalez,    378 Pittstown Road,    Pittstown, NJ 08867-4110
cr             +BSI Financial Services,    Friedman Vartolo, LLP,    1325 Franklin Avenue, Suite 230,
                 Garden City, NY 11530-1631
cr             +JPMorgan Chase Bank, N.A.,    201 N. Central Ave., Floor 11,    Phoenix, AZ 85004-1071
cr             +OCWEN LOAN SERVICING, LLC,    robertson Anschutz & Schneid,    6409 Congress Ave,   Ste 100,
                 Boca Raton, FL 33487-2853
cr             +Ocwen Loan Servicing LLC,    RAS Citron, LLC,    130 Clinton Road,   Suite 202,
                 Fairfield, NJ 07004-2927
515744470      +Apothaker & Associates,    520 Fellowship Road,    C306,   Mount Laurel, NJ 08054-3410
515744471      +As Assignee of Synchrony Bank/TJX,    c/o Apothaker & Associates,    520 Fellowship Road,   C306,
                 Mount Laurel, NJ 08054-3410
515744472      +Atlantic Medical Group,    PO Box 419101,    Boston, MA 02241-9101
515744473      +Barbara Pireno,    378 Pittstown Road,    Pittstown, NJ 08867-4110
515744497     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Home Depot Credit Services,     Processing Center,
                 Des Moines, IA 503640500)
515845098      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
515744480      Cardmember Service,    PO Box 15153,    Wilmington, DE 198865153
515744479      Cardmember Service,    PO Box 15325,    Wilmington, DE 19886-5325
515744482      Chase,   PO Box 15153,    Wilmington, DE 198865153
515744484     +Citibank NA,    701 East 60TH ST North,    Sioux Falls, SD 57104-0493
515744486     +Citibank, N.A. Sears Mastercard,    c/o Pressler and Pressler,    7 Entin Road,
                 Parsippany, NJ 07054-5020
515744490     +DITECH,    PO Box 780,   Waterloo, IA 50704-0780
515744489      Delbert Services,    13111 East Briarwood Ave,    suite 340,   Aurora, CO 80012
515744492     +First Premier Bank,    601 S. Minnesota Ave,    Sioux Falls, SD 57104-4868
515744491      First Premier Bank,    PO Box 5147,    Sioux Falls, SD 571175147
517687408     +Greenwich Township,    Warren County,    321 Greenwich Street,    Stewartsville, NJ 08886-2021
515744494     +Greenwich Twp Tax collector,    321 Green which Street,    Stewartsville, NJ 08886-2021
515744498     +HSBC Bank,    PO Box 5253,   Carol Stream, IL 60197-5253
515744499      HSBC Card Services,    PO Box 17051,    Baltimore, MD 212971051
515744495     +Hayt, Hayt, & Landau, LLC,    Meridian Center 1,    2 Industrial Way West PO Box 500,
                 Eatontown, NJ 07724-0500
515744496      Hayt, Hyat & Landau, LLC,    Meridian Center 1,    Two Industrial Way West,   PO Box 500,
                 Eatontown, NJ 07724-0500
515869540      JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. BOX 901032,
                 Ft. Worth, TX 76101-2032
515744508   ++++MIDLAND FUNDING LLC,    1 RIVERFRONT PLZ STE 710,    NEWARK NJ  07102-5415
               (address filed with court: Midland Funding LLC,     1037 Raymond Blvd Ste. 710,
                 Newark, NJ 07102)
517762008      MTAG as CST for Ebury 1 NJ LLC,    P.O. Box 37695,    Baltimore MD 21297-3695
517767393     +MTAG as CST for Ebury Fund 1 NJ LLC,    c/o Chris Chiacchio, Esquire,
                 750 RT 73 South Suite 3078,    Marlton, NJ 08053-4141
517762054      MTAG as CST for Ebury Fund 1 NJ LLC,    P.O. Box 37695,    Baltimore MD 21297-3695
517687407      MTAG-Cust Ebuyr Fund 1 No LLC,    PO Box 37695,    Baltimore, MD 21297-3695
515744504      Macy’s,    PO Box 183083,    Columbus, OH 432183083
515900282     +Midland Credit Management Inc as agent for,     MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren MI 48090-2011
515744511      Pressler and Pressler, L.L.P,    7 Entin Rd.,    Parsippany, NJ 07054-5020
515744513      SST Card Services,    PO Box 23060,    Columbus, GA 319023060
515744512     +Sears Credit Cards,    PO Box 183082,    Columbus, OH 43218-3082
515744518      TD Bank USA/Target,    3701 Wayzata Blvd,    Minneapolis, MN 55416-3401
515744516     +Target,    PO Box 660170,    Dallas, TX 75266-0170
515744523     +Western Sky Financial,    1600 South Douglas,    Anaheim, CA 92806-5948
515898983      eCAST Settlement Corporation,    POB 29262,   New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 21 2019 23:46:17       U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 21 2019 23:46:16       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515744469      E-mail/Text: mtamsett@adminrecovery.com Mar 21 2019 23:46:39       Admin Recovery, LLC,
                 45 Earhart Drive,    Suite 102,    Buffalo, NY 14221-7809
515744474      E-mail/Text: bankruptcy@cavps.com Mar 21 2019 23:46:35       Calvary Portfolio Services,
                 PO Box 27288,    Tempe, AZ 85285-7288
515744475     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 21 2019 23:49:13       Capital One Bank,
                 PO Box 71083,    Charlotte, NC 28272-1083
515786742      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 21 2019 23:48:43
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
515744477     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 21 2019 23:49:13
                 Capital One Bank USA NA,    PO Box 30285,   Salt Lake City, UT 84130-0285
```

```
District/off: 0312-3            User: admin              Page 2 of 3                  Date Rcvd: Mar 21, 2019
                                Form ID: 185             Total Noticed: 75

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515744478       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 21 2019 23:48:44      Captial One Bank,
                 PO Box 70884,    Charlotte, NC 28272-0884
515770800      +E-mail/Text: bankruptcy@cavps.com Mar 21 2019 23:46:35      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
515744483      +E-mail/Text: bk.notifications@jpmchase.com Mar 21 2019 23:46:08      Chase Auto Finance,
                 PO Box 5210,    New Hyde Park, NY 11042-5210
515744485      +E-mail/Text: legal@arsnational.com Mar 21 2019 23:45:57       Citibank, N.A. /Citi Mastercard,
                 c/o ARS National Services, Inc,    PO Box 469100,    Escondido, CA 92046-9100
515744488      +E-mail/PDF: creditonebknotifications@resurgent.com Mar 21 2019 23:48:13       Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
515744487       E-mail/PDF: creditonebknotifications@resurgent.com Mar 21 2019 23:48:14       Credit One Bank,
                 PO Box 60500,    City of Industry, CA 917160500
515953754       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 21 2019 23:48:21
                 Department Stores National Bank,    c/o American InfoSource LP,    PO Box 4457,
                 Houston, TX  77210-4457
515866500       E-mail/Text: bankruptcy.bnc@ditech.com Mar 21 2019 23:45:56      Ditech Financial LLC,
                 PO Box 6154,    Rapid City, SD 57709-6154
515744493      +E-mail/Text: fggbanko@fgny.com Mar 21 2019 23:45:31      Forster, Garbus & Garbus Esqs.,
                 7 Banta Place,    Hackensack, NJ 07601-5604
515744500       E-mail/Text: cio.bncmail@irs.gov Mar 21 2019 23:45:50      Internal Revenue Service-new,
                 PO Box 7346,    Philadelphia, PA 19101-7346
515886202       E-mail/Text: bk.notifications@jpmchase.com Mar 21 2019 23:46:08      JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
515744501       E-mail/Text: bncnotices@becket-lee.com Mar 21 2019 23:45:36      Kohl's Payment Center,
                 PO Box 2983,    Milwaukee, WI 53201-2983
515744502      +E-mail/Text: bncnotices@becket-lee.com Mar 21 2019 23:45:37      Kohls/Capone,   PO Box 3115,
                 Milwaukee, WI 53201-3115
515744503       E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2019 23:48:35      Lowe's/GEMB,   PO Box 530914,
                 Atlanta, GA 30353-0914
515759580       E-mail/Text: bkr@cardworks.com Mar 21 2019 23:45:17       MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
515744505      +E-mail/Text: bkr@cardworks.com Mar 21 2019 23:45:17       Merrick Bank,   PO Box 23356,
                 Pittsburgh, PA 15222-6356
515744506       E-mail/Text: bankruptcydpt@mcmcg.com Mar 21 2019 23:46:15      Midland Credit Management,
                 8875 Aero Dr Ste 2,    San Diego, CA 92123-2255
515744507      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 21 2019 23:46:15      Midland Funding LLC,
                 8875 Aero DR,   Suite 200,    San Diego, CA 92123-2255
515744510       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2019 23:48:43
                 Portfolio Recovery Associates,    120 Corporate BLVD STE 100,    Norfolk, VA 23502
515846378       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2019 23:48:44
                 Portfolio Recovery Associates, LLC,    c/o Gap,   POB 41067,    Norfolk VA 23541
515924334      +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 21 2019 23:46:30      Premier Bankcard, LLC,
                 c/ o Jefferson Capital Systems LLC,    PO Box 7999,    Saint Cloud MN 56302-7999
515744514      +E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2019 23:48:06      SYNCB/Old Navy,   PO Box 530942,
                 Atlanta, GA 30353-0942
515744515       E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2019 23:48:06      Synchrony Bank / GAP,
                 PO Box 960061,    Orlando, FL 32896-0061
515938733      +Fax: 866-311-5818 Mar 21 2019 23:59:50       Systems & Services Technologies, Inc.,
                 4315 Pickett Road,,    St. Joseph, Missouri 64503-1600
515861687      +E-mail/Text: bncmail@w-legal.com Mar 21 2019 23:46:27      TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515744520       E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2019 23:48:06      TJX  Rewards/SYNCB,
                 PO Box  530948,    Atlanta, GA 30353-0948
515744521      +E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2019 23:48:35      TJX Rewards/GECRB,
                 PO Box 530948,    Atlanta, GA 30353-0948
                                                                                                TOTAL: 34

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515744481       Cavalry SPV I LLC
515744517       tax lien holder
515744522       various
515744476*     +Capital One Bank,   PO Box 71083,   Charlotte, NC 28272-1083
515954266*      JPMorgan Chase Bank, N.A.,   National Bankruptcy Department,   P.O. BOX 901032,
                 Ft. Worth, TX 76101-2032
515744509      ##Ocwen,   PO Box 6440,   Carol Stream, IL 60197-6440
515744519     ##+The Childrens Place Plan,   PO Box 183015,   Columbus, OH 43218-3015
                                                                                   TOTALS: 3, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

```
District/off: 0312-3          User: admin               Page 3 of 3              Date Rcvd: Mar 21, 2019
                              Form ID: 185              Total Noticed: 75
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    Ocwen Loan Servicing LLC ajennings@rasflaw.com
              Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC, as authorized servicer for
               Fannie Mae as owner and holder of account/contract originated by BANK OF AMERICA, N.A.
               NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Christopher J. Chiacchio    on behalf of Creditor    MTAG as CST for Ebury Fund 1 NJ LLC
               cchiacchio@subranni.com
              Denise E. Carlon    on behalf of Creditor    JPMorgan Chase Bank, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    JP Morgan Chase Bank, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joan Sirkis Warren    on behalf of Joint Debtor Elena M Gonzalez joan@joanlaverylaw.com
              Joan Sirkis Warren    on behalf of Debtor Jose W Gonzalez joan@joanlaverylaw.com
              John R. Morton, Jr.    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Jonathan C. Schwalb    on behalf of Creditor    BSI Financial Services
               bankruptcy@friedmanvartolo.com
              Miriam   Rosenblatt    on behalf of Creditor    Ocwen Loan Servicing LLC bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Patrick O. Lacsina    on behalf of Creditor    Ocwen Loan Servicing LLC , PATRICK.LACSINA@GMAIL.COM
              Sindi   Mncina    on behalf of Creditor    OCWEN LOAN SERVICING, LLC smncina@rascrane.com
                                                                                             TOTAL: 14
```