Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−27562−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jose W Gonzalez
378 Pittstown Road
Pittstown, NJ 08867

Elena M Gonzalez
378 Pittstown Road
Pittstown, NJ 08867

Social Security No.:
xxx−xx−8140

xxx−xx−2200

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on June 28, 2019.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 1, 2019
JAN: ckk

Jeanne Naughton
Clerk

```
                                United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                   Case No. 15-27562-MBK
Jose W Gonzalez                                                          Chapter 13
Elena M Gonzalez
         Debtors                        CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 3          Date Rcvd: Jul 01, 2019
                              Form ID: 148                 Total Noticed: 75

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2019.
db/jdb         +Jose W Gonzalez,    Elena M Gonzalez,    378 Pittstown Road,    Pittstown, NJ 08867-4110
cr             +BSI Financial Services,    Friedman Vartolo, LLP,    1325 Franklin Avenue, Suite 230,
                 Garden City, NY 11530-1631
cr             +JPMorgan Chase Bank, N.A.,    201 N. Central Ave., Floor 11,    Phoenix, AZ 85004-1071
cr             +OCWEN LOAN SERVICING, LLC,    robertson Anschutz & Schneid,    6409 Congress Ave,   Ste 100,
                 Boca Raton, FL 33487-2853
cr             +Ocwen Loan Servicing LLC,    RAS Citron, LLC,    130 Clinton Road,   Suite 202,
                 Fairfield, NJ 07004-2927
515744469      +Admin Recovery, LLC,    6225 Sheridan Dr.,    Ste. 118,   Amherst, NY 14221-4800
515744470      +Apothaker & Associates,    520 Fellowship Road,    C306,   Mount Laurel, NJ 08054-3410
515744471      +As Assignee of Synchrony Bank/TJX,    c/o Apothaker & Associates,    520 Fellowship Road,   C306,
                 Mount Laurel, NJ 08054-3410
515744472      +Atlantic Medical Group,    PO Box 419101,    Boston, MA 02241-9101
515744473      +Barbara Pireno,    378 Pittstown Road,    Pittstown, NJ 08867-4110
515744497     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:   Home Depot Credit Services,     Processing Center,
                 Des Moines, IA 503640500)
515744486      +Citibank, N.A. Sears Mastercard,    c/o Pressler and Pressler,    7 Entin Road,
                 Parsippany, NJ 07054-5020
515744490      +DITECH,   PO Box 780,    Waterloo, IA 50704-0780
515744489       Delbert Services,    13111 East Briarwood Ave,    suite 340,   Aurora, CO 80012
517687408      +Greenwich Township,    Warren County,    321 Greenwich Street,   Stewartsville, NJ 08886-2021
515744494      +Greenwich Twp Tax collector,    321 Green which Street,    Stewartsville, NJ 08886-2021
515744495      +Hayt, Hayt, & Landau, LLC,    Meridian Center 1,    2 Industrial Way West PO Box 500,
                 Eatontown, NJ 07724-0500
515744496       Hayt, Hyat & Landau, LLC,    Meridian Center 1,    Two Industrial Way West,    PO Box 500,
                 Eatontown, NJ 07724-0500
515869540       JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. BOX 901032,
                 Ft. Worth, TX 76101-2032
515744508    ++++MIDLAND FUNDING LLC,    1 RIVERFRONT PLZ STE 710,    NEWARK NJ 07102-5415
               (address filed with court:   Midland Funding LLC,    1037 Raymond Blvd Ste. 710,
                 Newark, NJ 07102)
517762008       MTAG as CST for Ebury 1 NJ LLC,    P.O. Box 37695,    Baltimore MD 21297-3695
517762054       MTAG as CST for Ebury Fund 1 NJ LLC,    P.O. Box 37695,    Baltimore MD 21297-3695
517767393      +MTAG as CST for Ebury Fund 1 NJ LLC,    c/o Chris Chiacchio, Esquire,
                 750 RT 73 South Suite 3078,    Marlton, NJ 08053-4141
517687407       MTAG-Cust Ebuyr Fund 1 No LLC,    PO Box 37695,    Baltimore, MD 21297-3695
515900282      +Midland Credit Management Inc as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren MI 48090-2011
515744511       Pressler and Pressler, L.L.P,    7 Entin Rd.,    Parsippany, NJ 07054-5020
515744513       SST Card Services,    PO Box 23060,    Columbus, GA 319023060
515744523      +Western Sky Financial,    1600 South Douglas,    Anaheim, CA 92806-5948

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 02 2019 01:09:43      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 02 2019 01:09:40      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515744474       E-mail/Text: bankruptcy@cavps.com Jul 02 2019 01:09:59      Calvary Portfolio Services,
                 PO Box 27288,    Tempe, AZ 85285-7288
515744475      +EDI: CAPITALONE.COM Jul 02 2019 04:23:00      Capital One Bank,   PO Box 71083,
                 Charlotte, NC 28272-1083
515786742       EDI: CAPITALONE.COM Jul 02 2019 04:23:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
515744477      +EDI: CAPITALONE.COM Jul 02 2019 04:23:00      Capital One Bank USA NA,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
515845098       EDI: BL-BECKET.COM Jul 02 2019 04:23:00      Capital One, N.A.,   c o Becket and Lee LLP,
                 POB 3001,   Malvern, PA 19355-0701
515744478      +EDI: CAPITALONE.COM Jul 02 2019 04:23:00      Captial One Bank,   PO Box 70884,
                 Charlotte, NC 28272-0884
515744479       EDI: CHASE.COM Jul 02 2019 04:23:00      Cardmember Service,   PO Box 15325,
                 Wilmington, DE 19886-5325
515744480       EDI: CHASE.COM Jul 02 2019 04:23:00      Cardmember Service,   PO Box 15153,
                 Wilmington, DE 198865153
515770800      +E-mail/Text: bankruptcy@cavps.com Jul 02 2019 01:09:59      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
515744482       EDI: CHASE.COM Jul 02 2019 04:23:00      Chase,   PO Box 15153,    Wilmington, DE 198865153
515744483      +EDI: CAUT.COM Jul 02 2019 04:23:00      Chase Auto Finance,   PO Box 5210,
                 New Hyde Park, NY 11042-5210
515744484      +EDI: CITICORP.COM Jul 02 2019 04:23:00      Citibank NA,   701 East 60TH ST North,
                 Sioux Falls, SD 57104-0493
515744485      +EDI: ARSN.COM Jul 02 2019 04:23:00      Citibank, N.A. /Citi Mastercard,
                 c/o ARS National Services, Inc,    PO Box 469100,   Escondido, CA 92046-9100
```

```
District/off: 0312-3              User: admin               Page 2 of 3                  Date Rcvd: Jul 01, 2019
                                  Form ID: 148              Total Noticed: 75


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515744488      +EDI: RCSFNBMARIN.COM Jul 02 2019 04:23:00      Credit One Bank,    PO Box 98873,
                 Las Vegas, NV 89193-8873
515744487       EDI: RCSFNBMARIN.COM Jul 02 2019 04:23:00      Credit One Bank,    PO Box 60500,
                 City of Industry, CA 917160500
515953754       EDI: AIS.COM Jul 02 2019 04:23:00      Department Stores National Bank,
                 c/o American InfoSource LP,    PO Box 4457,    Houston, TX 77210-4457
515866500       E-mail/Text: bankruptcy.bnc@ditech.com Jul 02 2019 01:09:13      Ditech Financial LLC,
                 PO Box 6154,    Rapid City, SD 57709-6154
515744491       EDI: AMINFOFP.COM Jul 02 2019 04:23:00      First Premier Bank,    PO Box 5147,
                 Sioux Falls, SD 571175147
515744492      +EDI: AMINFOFP.COM Jul 02 2019 04:23:00      First Premier Bank,    601 S. Minnesota Ave,
                 Sioux Falls, SD 57104-4868
515744493      +E-mail/Text: fggbanko@fgny.com Jul 02 2019 01:08:38      Forster, Garbus & Garbus Esqs.,
                 7 Banta Place,    Hackensack, NJ 07601-5604
515744498      +EDI: HFC.COM Jul 02 2019 04:23:00      HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
515744499       EDI: HFC.COM Jul 02 2019 04:23:00      HSBC Card Services,    PO Box 17051,
                 Baltimore, MD 212971051
515744500       EDI: IRS.COM Jul 02 2019 04:23:00      Internal Revenue Service-new,    PO Box 7346,
                 Philadelphia, PA 19101-7346
515886202       EDI: CAUT.COM Jul 02 2019 04:23:00      JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
515744501       E-mail/Text: bncnotices@becket-lee.com Jul 02 2019 01:08:47      Kohl’s Payment Center,
                 PO Box 2983,    Milwaukee, WI 53201-2983
515744502      +E-mail/Text: bncnotices@becket-lee.com Jul 02 2019 01:08:47      Kohls/Capone,    PO Box 3115,
                 Milwaukee, WI 53201-3115
515744503       EDI: RMSC.COM Jul 02 2019 04:23:00      Lowe’s/GEMB,    PO Box 530914,    Atlanta, GA 30353-0914
515759580       EDI: MERRICKBANK.COM Jul 02 2019 04:23:00       MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
515744504       EDI: TSYS2.COM Jul 02 2019 04:23:00      Macy’s,    PO Box 183083,    Columbus, OH 432183083
515744505      +EDI: MERRICKBANK.COM Jul 02 2019 04:23:00      Merrick Bank,    PO Box 23356,
                 Pittsburgh, PA 15222-6356
515744506       EDI: MID8.COM Jul 02 2019 04:23:00      Midland Credit Management,    8875 Aero Dr Ste 2,
                 San Diego, CA 92123-2255
515744507      +EDI: MID8.COM Jul 02 2019 04:23:00      Midland Funding LLC,    8875 Aero DR,   Suite 200,
                 San Diego, CA 92123-2255
515744510       EDI: PRA.COM Jul 02 2019 04:23:00      Portfolio Recovery Associates,
                 120 Corporate BLVD STE 100,    Norfolk, VA 23502
515846378       EDI: PRA.COM Jul 02 2019 04:23:00      Portfolio Recovery Associates, LLC,    c/o Gap,
                 POB 41067,    Norfolk VA 23541
515924334      +EDI: JEFFERSONCAP.COM Jul 02 2019 04:23:00      Premier Bankcard, LLC,
                 c/ o Jefferson Capital Systems LLC,    PO Box 7999,    Saint Cloud MN 56302-7999
515744514      +EDI: RMSC.COM Jul 02 2019 04:23:00      SYNCB/Old Navy,    PO Box 530942,
                 Atlanta, GA 30353-0942
515744512      +EDI: SEARS.COM Jul 02 2019 04:23:00      Sears Credit Cards,    PO Box 183082,
                 Columbus, OH 43218-3082
515744515       EDI: RMSC.COM Jul 02 2019 04:23:00      Synchrony Bank / GAP,    PO Box 960061,
                 Orlando, FL 32896-0061
515938733      +E-mail/Text: bankruptcysst@alorica.com Jul 02 2019 01:08:00
                 Systems & Services Technologies, Inc.,    4315 Pickett Road,,    St. Joseph, Missouri 64503-1600
515861687      +E-mail/Text: bncmail@w-legal.com Jul 02 2019 01:09:51      TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515744518       EDI: WTRRNBANK.COM Jul 02 2019 04:23:00      TD Bank USA/Target,    3701 Wayzata Blvd,
                 Minneapolis, MN 55416-3401
515744520       EDI: RMSC.COM Jul 02 2019 04:23:00      TJX Rewards/SYNCB,    PO Box 530948,
                 Atlanta, GA 30353-0948
515744521      +EDI: RMSC.COM Jul 02 2019 04:23:00      TJX Rewards/GECRB,    PO Box 530948,
                 Atlanta, GA 30353-0948
515744516      +EDI: WTRRNBANK.COM Jul 02 2019 04:23:00      Target,    PO Box 660170,   Dallas, TX 75266-0170
515898983       EDI: ECAST.COM Jul 02 2019 04:23:00      eCAST Settlement Corporation,    POB 29262,
                 New York, NY 10087-9262
                                                                                               TOTAL: 47

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515744481       Cavalry SPV I LLC
515744517       tax lien holder
515744522       various
cr*            +Admin Recovery LLC,    6225 Sheridan Dr. Ste 118,    Amherst, NY 14221-4800
515744476*     +Capital One Bank,    PO Box 71083,   Charlotte, NC 28272-1083
515954266*      JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. BOX 901032,
                 Ft. Worth, TX 76101-2032
515744509      ##Ocwen,    PO Box 6440,   Carol Stream, IL 60197-6440
515744519      ##+The Childrens Place Plan,    PO Box 183015,   Columbus, OH 43218-3015
                                                                                   TOTALS: 3, * 3, ## 2

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Jul 01, 2019
                              Form ID: 148             Total Noticed: 75
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2019                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2019 at the address(es) listed below:
              Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    Ocwen Loan Servicing LLC ajennings@rasflaw.com
              Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC, as authorized servicer for
               Fannie Mae as owner and holder of account/contract originated by BANK OF AMERICA, N.A.
               NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Christopher J. Chiacchio    on behalf of Creditor    MTAG as CST for Ebury Fund 1 NJ LLC
               cchiacchio@subranni.com
              Denise E. Carlon    on behalf of Creditor    JPMorgan Chase Bank, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    JP Morgan Chase Bank, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joan Sirkis Warren    on behalf of Joint Debtor Elena M Gonzalez joan@joanlaverylaw.com
              Joan Sirkis Warren    on behalf of Debtor Jose W Gonzalez joan@joanlaverylaw.com
              John R. Morton, Jr.    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Jonathan C. Schwalb    on behalf of Creditor    BSI Financial Services
               bankruptcy@friedmanvartolo.com
              Laura M. Egerman    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Miriam   Rosenblatt    on behalf of Creditor    Ocwen Loan Servicing LLC miriam.rosenblatt@mhllp.com,
               mrosenblatt@rasflaw.com
              Patrick O. Lacsina    on behalf of Creditor    Ocwen Loan Servicing LLC , PATRICK.LACSINA@GMAIL.COM
              Sindi   Mncina    on behalf of Creditor    OCWEN LOAN SERVICING, LLC smncina@rascrane.com
                                                                                            TOTAL: 15
```