| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br>CN 4853<br>Trenton, NJ   08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | Order Filed on June 28, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Jose W Gonzalez<br>Elena M Gonzalez<br><br><br><br>Debtor(s) | Case No.: 15-27562 / KCF<br><br>Chapter 13<br><br>Hearing Date: 3/27/19  at 9:00 AM<br><br>Judge: Kathryn C. Ferguson |

## CHAPTER 13 TRUSTEE POST-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 28, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Available funds on hand received prior to dismissal shall be distributed by the Chapter 13 Standing Trustee pursuant to the confirmed plan and any orders entered by the Court before returning funds to the debtor.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 15-27562-MBK
Jose W Gonzalez                                                        Chapter 13
Elena M Gonzalez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Jul 01, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2019.
db/jdb         +Jose W Gonzalez,    Elena M Gonzalez,   378 Pittstown Road,    Pittstown, NJ 08867-4110

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor   Ocwen Loan Servicing LLC ajennings@rasflaw.com
              Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC, as authorized servicer for
               Fannie Mae as owner and holder of account/contract originated by BANK OF AMERICA, N.A.
               NJECFMAIL@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
              Christopher J. Chiacchio    on behalf of Creditor    MTAG as CST for Ebury Fund 1 NJ LLC
               cchiacchio@subranni.com
              Denise E. Carlon    on behalf of Creditor    JPMorgan Chase Bank, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    JP Morgan Chase Bank, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joan Sirkis Warren    on behalf of Debtor Jose W Gonzalez joan@joanlaverylaw.com
              Joan Sirkis Warren    on behalf of Joint Debtor Elena M Gonzalez joan@joanlaverylaw.com
              John R. Morton, Jr.    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Jonathan C. Schwalb    on behalf of Creditor    BSI Financial Services
               bankruptcy@friedmanvartolo.com
              Laura M. Egerman    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Miriam Rosenblatt    on behalf of Creditor    Ocwen Loan Servicing LLC miriam.rosenblatt@mhllp.com,
               mrosenblatt@rasflaw.com
              Patrick O. Lacsina    on behalf of Creditor    Ocwen Loan Servicing LLC ,   PATRICK.LACSINA@GMAIL.COM
              Sindi  Mncina    on behalf of Creditor    OCWEN LOAN SERVICING, LLC smncina@rascrane.com
                                                                                               TOTAL: 15